BURNS ET AL., APPELLANTS, *v.* DIR., OHIO DEPARTMENT
OF JOB AND FAMILY SERVICES ET AL., APPELLEES.

[Cite as *Burns v. Ohio Dept. of Job & Family Servs.*,
114 Ohio St.3d 121, 2007-Ohio-3652.]

(No. 2006–0039—Submitted July 10, 2007—Decided August 1, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Geretz v. Ohio Dept. of Job & Family Servs.*, 114 Ohio St.3d 89, 2007-Ohio-2941, 868 N.E.2d 669.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Cloppert, Latanick, Sauter & Washburn, Frederick G. Cloppert Jr., William J. Steele, and Rory P. Callahan, for appellants.

Marc Dann, Attorney General, and David E. Lefton, Senior Assistant Attorney General, for appellee Ohio Department of Job and Family Services.

Jones Day, Barbara J. Leukart, and Laura R. Anderson, for appellee General Motors Corporation.